# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEREMIAH GRISBY

NO. 2023 KW 0486

**JULY 5, 2023**

---

In Re:     Jeremiah Grisby, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 11-17-0041.

---

**BEFORE:     LANIER, HESTER, AND MILLER, JJ.**

**WRIT DENIED.** Relator should seek enforcement from the
court that issued the order.

                              **WIL**
                              **CHH**
                              **CMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT